**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JAMES GROVE SEELY,<br><br>             Plaintiff,<br><br>     vs.<br><br>WITKIN & NEAL, LLC,<br><br>             Defendant. | CASE NO. 09-cv-03368-VBF (CWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed.R. Civ. P. 41(a)(1), the above-referenced matter is hereby dismissed with prejudice.

**IT IS SO ORDERED:**

DATED: March 1, 2010

*Valerie Baker Fairbank*
United States District Court Judge